GEORGE M. EDWARDS V. WILLIAM SOURBEER *et ux.*

No. 14,414.   (84 Pac. 1034.)

Error from Meade district court; EDWARD H. MADISON, judge.   Opinion filed March 10, 1906.   Reversed.

*Francis C. Price,* and *F. M. Davis,* for plaintiff in error.

*Peters & Peters,* and *R. W. Griggs,* for defendants in error.

*Per Curiam:* This is a companion case to *Edwards v. Sourbeer, ante,* p. 224, growing out of the same state of facts, and controlled by the conclusions there reached.   The judgment is therefore reversed, and the same order directed as in that case.

---

THE CITY OF LIBERTY V. H. N. BUNDY AND JOHN HILL.

No. 14,525.   (83 Pac. 1116.)

Appeal from Montgomery district court; THOMAS J. FLANNELLY, judge.   Opinion filed March 10, 1906.   Reversed.

*Dooley & Keith,* for appellants.

*Per Curiam:* This is an appeal from a conviction under a city ordinance the validity of which is assailed under the rule announced in *In re Van Tuyl,* 71 Kan. 659, 81 Pac. 181.   The city has filed no brief, from which fact we assume that it is admitted that the ordinance is void under that decision.   The judgment appealed from is therefore reversed.

---

THE STATE OF KANSAS V. FRED LORENTZ.

No. 14,732.   (84 Pac. 1135.)

Appeal from Douglas district court; CHARLES A. SMART, judge.   Opinion filed April 7, 1906.   Dismissed.

*C. C. Coleman,* attorney-general, *Fred S. Jackson,* assistant attorney-general, and *Thomas Harley,* county attorney, for The State.

*R. B. McWilliams,* and *John W. Clark,* for appellant.

*Per Curiam:* The only paper filed in this court in this case is a document certified by the clerk of the court to be a copy of the information, warrant, and bill of exceptions.   As no transcript of the record in the district court is presented this court has no jurisdiction, and the case is dismissed.